## GARCIA v. COLON
### Case No. 81-218-AP
Eleventh Judicial Circuit, Appellate Division, Dade County
March 5, 1981

Tomas F. Gamba, for appellant.

Richard C. Carter, for appellee.

Before RIVKIND, SALMON and FARINA, J.J.

PER CURIAM

The striking of pleadings and entry of a default judgment for *late filing* of a pre-trial catalogue and for *late filing* of answers to interrogatories (no order on motion to compel had been entered) constitutes an abuse of discretion. The Third District has recently held:

"Striking of pleadings and entry of a default judgment and final judgment is too severe a sanction for *failure to file* a pre-trial catalogue in a non-jury trial where there is no further showing that failure by a Key West attorney to comply with the standard pre-trial order was willful of with flagrant disregard for the court's authority. . . ." *Maqueira v. Santiago*, So.2d (Fla. 3rd DCA 1981) (Case No. 81-648, opinion filed February 2, 1982 [7 FLW 356] (emphasis added).

Obviously, no filing at all is infinitely worse then filing untimely. Here, as in *Maqueira*, there is no showing of willfulness or flagrant disregard for the court's authority.

Reversed.